UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ENDER FARIA,

    Plaintiff,

v.                                                        Case No. 6:19-cv-535-Orl-37GJK

LIMA INVESTMENT SOLUTIONS LLC,

    Defendant.
_____

## ORDER

Plaintiff Ender Faria sued Defendant Lima Investment Solutions LLC, his former employer, for failure to pay overtime and minimum wage in violation of the Fair Labor Standards Act ("**FLSA**"). (Doc. 1.) Defendant failed to appear, so Plaintiff successfully obtained an entry of default against it. (Docs. 14, 15.) Now, Plaintiff moves for default judgment. (Doc. 18 ("**Motion**").) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends the Court grant the Motion. (Doc. 19 ("**R&R**").) Specifically, Magistrate Judge Kelly found that Plaintiff sufficiently demonstrated that Defendant violated the FLSA's minimum wage and overtime provisions, so he recommends awarding Plaintiff $3,570.50 in damages and $460.00 in costs. (*Id.* at 5–9, 11.)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no such error, the

Court finds that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 19) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Plaintiff's Motion for Entry of Default Final Judgment and Incorporated Memorandum of Law (Doc. 18) is **GRANTED.**

3. The Clerk is **DIRECTED** to:

    a. Enter default judgment in favor of Plaintiff Ender Faria and against Defendant Lima Investment Solutions LLC for damages in the amount of $3,570.50 and costs in the amount of $460.00; and

    b. Close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 11, 2019.

ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record